UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SANDIGAN SHIP SERVICES, INC. and    :
SEAQUEST SANDIGAN PTE LTD,           :
                                     :
              Plaintiffs,            :
                                     :        09 Civ. 4501 (JSR)
         -v-                         :
                                     :
GENUINE MARITIME LTD SA, HERITAGE    :             ORDER
MARITIME LTD SA, HUMPUSS SEA         :
TRANSPORT PTE LTED, and HUMPUSS      :
INTERMODA TRANSPORTASI,              :
                                     :
              Defendants.            :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6·25·09
```

        By letter dated June 18, 2009, the plaintiffs in the above-

captioned matter informed the Court, in compliance with the Court's

previous Order dated May 12, 2009, that they have successfully

restrained funds of the defendants Humpuss Sea Transport Ptd Ltd and

Humpuss Intermoda Transportasi.  Plaintiffs now seek an additional

seven days to continue discussion on a mutually agreeable handling of

the attached funds in compliance with the Court's previous Order.

The Court hereby grants the request for an extension of time to June

25, 2009, after which the parties are directed to promptly inform the

Court in writing of the status of the matter.

        SO ORDERED.

                                    _____
                                        JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        June 23, 2009